United States District Court
Southern District of Texas
**ENTERED**
April 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| **JOSE LUIS TOVAR,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:25-CV-00374** |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is the March 24, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 13). Judge Alanis made findings and conclusions and recommended that Respondent's Response and Motion to Dismiss Petitioner's Motion to Have Personal Property Returned, (Dkt. No. 12), be granted, (Dkt. No. 13). As such, Judge Alanis recommended that this Court dismiss Plaintiff's Motion for Return of Seized Property Pursuant to Rule 41(g), (Dkt. No. 3).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)     Judge Alanis's M&R, (Dkt. No. 13), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)     Respondent's Response and Motion to Dismiss Petitioner's Motion to Have Personal Property Returned, (Dkt. No. 12), is **GRANTED**; and

(3)     Petitioner's Motion for Return of Seized Property Pursuant to Rule 41(g), (Dkt. No. 3), is **DENIED** and this matter is **DISMISSED**.

The Clerk is instructed to **CLOSE** this action.

It is SO ORDERED.

Signed on April 9, 2026.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2